**Order entered March 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01258-CV

### CATHERINE ROSSI, Appellant

### V.

### CAE INC. AND CAE SIMUFLITE, INC., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02898**

## ORDER

Before the Court is appellees' March 14, 2019 motion to correct the clerk's record to include a missing document. Although listed in the index of the clerk's record, "Defendant's Objections to the Charge of the Court" is not included. We **GRANT** the motion as follows. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **March 22, 2019**, a supplemental clerk's record containing "Defendant's Objections to the Charge of the Court" filed on July 18, 2018.

Appellees' brief on the merits is currently due on March 18, 2019. On the Court's own motion, we extend the deadline to **April 1, 2019**.

/s/　　BILL WHITEHILL
　　　　JUSTICE